| | | |
|---|---|---|
| Case No. | **2:19-cv-09010-DSF (MAA)** | Date: **December 13, 2019** |
| Title | **Tracy L. Gamble Pryor v. Michael R. Powell** *et al.* | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Chris Silva | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**      **Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution**

On November 12, 2019, the Court issued an Order Dismissing Complaint Pursuant to Federal Rule of Civil Procedure 8 ("Rule 8"). ("Order," ECF No. 13.) The Court ordered Plaintiff Tracy L. Gamble Pryor ("Plaintiff"), no later than December 12, 2019, to either file a First Amended Complaint ("FAC") that complies with Rule 8 or advise the Court that Plaintiff does not intend to file a FAC. (*Id*. at 3.) The Court explicitly cautioned Plaintiff that "**failure to comply with this order will result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or comply with court orders**. *See* C.D. Cal. L.R. 41-1." (*Id*.)

To date, Plaintiff has filed neither a FAC nor a Notice of Dismissal of the action. (A Notice of Dismissal form is attached to this order.) Plaintiff is **ORDERED TO SHOW CAUSE** by **January 13, 2020** why the Court should not recommend that the case be dismissed for want of prosecution. *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1. If Plaintiff files a FAC or a Notice of Dismissal on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or comply with court orders**. *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

Attachment - Notice of Dismissal (CV-09)