UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  **2:19-cv-09010-DSF (MAA)** | Date:  **February 7, 2020** |
| Title  **Tracy L. Gamble Pryor v. Michael R. Powell et al.** | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Chris Silva | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings (In Chambers):**   **Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution**

On October 18, 2019, Plaintiff Tracy L. Gamble Pryor ("Plaintiff"), proceeding *pro se*, filed a Complaint asserting violations of her civil rights. (Compl., ECF No. 1.) On November 12, 2019, the Court dismissed the Complaint for failure to comply with Federal Rule of Civil Procedure 8(a) ("Rule 8"), with leave to amend. (Order Dismiss Compl., ECF No. 13.)

Plaintiff filed a First Amended Complaint on December 12, 2019. ("FAC," ECF No. 15.) On January 7, 2020, the Court dismissed the FAC for failure to comply with Rule 8, with leave to amend. (Order Dismiss FAC, ECF No. 16.) The Court held that no later than February 6, 2020, Plaintiff must either: (1) file a Second Amended Complaint ("SAC") that complies with Rule 8, or advise the Court that Plaintiff does not intend to file a SAC. (*Id*. at 3.) The Court explicitly cautioned Plaintiff that "**failure to comply with this order will result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or comply with court orders**. *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1**." (*Id*.)

To date, Plaintiff has filed neither a SAC nor a Notice of Dismissal of the action. Plaintiff is **ORDERED TO SHOW CAUSE** by **March 9, 2020** why the Court should not recommend that the case be dismissed for want of prosecution. *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1. If Plaintiff files a SAC or a Notice of Dismissal on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

    **Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or comply with court orders**.  *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

<u>Attachment</u>
Notice of Dismissal (CV-09)
Civil Rights Complaint Form (CV-66)

|  | |
|---|---|
| **Time in Court:** | 0:00 |
| **Initials of Preparer:** | CSI |