# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY L. GAMBLE PRYOR,<br><br>Plaintiff,<br>v.<br><br>MICHAL R. POWELL et al.,<br><br>Defendants. | Case No. 2:19-cv-09010-DSF (MAA)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein, and the Report and Recommendation of United States Magistrate Judge. Further, the time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that this action be dismissed without prejudice.

DATED: May 18, 2020

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE