JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY L. GAMBLE PRYOR,<br><br>Plaintiff,<br><br>v.<br><br>MICHAL R. POWELL et al.,<br><br>Defendants. | Case No. 2:19-cv-09010-DSF (MAA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the entire action is dismissed without prejudice.

DATED: May 18, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE